**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION NO.** |
| | ) | **2:05cr03-T** |
| **LARRY WOMACK** | ) | **(WO)** |

### ORDER

Based on an independent and de novo review of the record in this case, criminal action no. 2:05cr03-T, and the prior case, <u>United States v. Womack</u>, criminal action no. 2:04cr116-T; and for the reasons set forth in this court's order of November 30, 2004 (Doc. No. 34), in the prior case, criminal action no. 2:04cr116-T, it is ORDERED as follows:

(1) Defendant Larry Womack's objections (Doc. No. 22) in criminal action no. 2:05cr03-T are overruled.

(2) The magistrate judge's recommendation (Doc. No. 20) in criminal action no. 2:05cr03-T is adopted.

(3) Defendant Womack's motion to suppress (Doc. No. 14) in criminal action no. 2:05cr03-T is denied.

**The clerk of the court is DIRECTED to make the suppression proceedings in the prior case, criminal action no. 2:04cr116-T, a part of the record in this case, that is, criminal action no. 2:05cr03-T.**

**DONE, this the 24th day of May, 2005.**

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**